THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1900 CAPITAL TRUST II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, successor in interest to FEDERAL NATIONAL MORTGAGE ASSOCIATION, | CIVIL ACTION NO. 3:19-CV-1576<br><br>(JUDGE MARIANI)<br>(Magistrate Judge Carlson) |
| Plaintiff, | |
| v. | |
| ANTONELLO BOLDRINI, | |
| Defendant. | |

## ORDER

AND NOW, THIS 9th DAY OF DECEMBER 2019, upon consideration of Magistrate Judge Carlson's Amended Report and Recommendation (Doc. 62)[1] for clear error or manifest injustice,[2] **IT IS HEREBY ORDERED THAT**:

1. The Amended Report and Recommendation (Doc. 62) is **ADOPTED** for the reasons set forth therein;

2. The Report and Recommendation (Doc. 58) is **DEEMED MOOT**;

---

[1] As noted in the Amended Report and Recommendation filed on October 24, 2019, Magistrate Judge Carlson issued a Report and Recommendation (Doc. 58) earlier on October 24, 2019. (Doc. 62 at 1 n.1) Because Defendant Boldrini's document objecting to Plaintiff's Motion for Remand (Doc. 59) appeared on the docket after the earlier Report and Recommendation was docketed, Magistrate Judge Carlson issued the Amended Report and Recommendation addressing Defendant Boldrini's filing. (Doc. 62 at 1 n.1, 12.)

[2] While Defendant Boldrini filed "Boldrini's Response & Objections to Judge Mariani's Orders (Doc. 115 & 119)" (Doc. 120), he filed no objections to the Amended Report and Recommendation as allowed in the Court's November 15, 2019, Order (Doc. 115 at 1 ¶ 1) and the time for doing so has passed.

3. "Boldrini's Motion for Preliminary Objection to . . . Motion to Remand" (Doc. 59) is **DENIED**;

4. Plaintiff's Motion for Remand (Doc. 12) is **GRANTED**;

5. This case is **REMANDED** to the Court of Common Pleas of Luzerne County, Pennsylvania;

6. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge